IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN MONTRAIL TRIPLET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-00587-JD |
| ) | |
| TIMOTHY HENDERSON, ) | |
| former Judge, official capacity, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Shon T. Erwin's Report and Recommendation [Doc. No. 6] recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] be denied. Judge Erwin advised Mr. Triplet of his right to file an objection to the Report and Recommendation with the Clerk of Court by August 21, 2023, and that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues contained in the Report and Recommendation. [Doc. No. 6 at 2]. *See also* 28 U.S.C. § 636.

The record reflects that Mr. Triplet did not file an objection to the Report and Recommendation by the deadline or request an extension of time to do so.

The Court therefore **ACCEPTS** and **ADOPTS** the Report and Recommendation [Doc. No. 6] in its entirety for the reasons stated therein. Mr. Triplet's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] is **DENIED.** Plaintiff Steven Montrail Triplet is **ORDERED** to pay the full filing fee to the Clerk of Court within 20 days of this Order, or by **September 13, 2023**, or this action will be dismissed without prejudice, without

further warning by the Court.

    IT IS SO ORDERED this 24th day of August 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE